UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br>Deborah M. Mitchell,<br>    Debtor. | Chapter 13<br>Case No. 12-17603-JNF |

**DEBTOR'S FIRST OMNIBUS OBJECTIONS TO PROOFS OF CLAIM AND
NOTICE TO CLAIMANTS REGARDING RESPONSE DEADLINE**

Deborah Mitchell, the above-referenced debtor ("Debtor"), hereby objects to certain proofs of claims as filed in this case. The name of the claimant, the number of the claim according to the Claims Register prepared for this case, the date of the filing of the proof of claim, the amount and basis of the claim, and the grounds for the Debtor's objection are as follows:

1. **Dell Financial Services c/o Resurgent Capital Services**; Claim number 1; filed 10/1/12; $2,638.53 for "real estate". **Objection**: The proof of claim asserts a claim based on real estate in the amount of $2,638.53. The Debtor submits that the claim is improperly classified inasmuch as it is an unsecured claim for an extension of credit. The Debtor has no objection to allowance of this claim as a general unsecured claim in the amount of $2,638.53.

2. **Capital One, N.A. c/o Bass & Associates, PC**; Claim number 5; filed 11/8/12; $598.00 for "goods sold". **Objection**: The proof of claim asserts a "secured" status in the amount of $501.97 with $96.03 unsecured. The Debtor objects to the secured status of the claim based on the following: (i) absence of collateral and (ii) absence of any valuation for purported collateral. The Debtor has no objection to allowance of this claim as a general unsecured claim.

**WHEREFORE**, Deborah Mitchell, the above-referenced debtor, requests that the Court issue an order sustaining the objections to the foregoing proofs of claim, and grant such other or further relief as the Court deems just and appropriate.

[Margin stamp, left side: signature "Joan N. Feeney"; "04/01/2013 No responses were filed. The Objection is sustained."]